IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01680-RBJ-KLM

JANA M. FISHER,

      Plaintiff,

v.

BLACK HAWK/JACOBS ENTERTAINMENT, LLC, d/b/a The Lodge Casino at Black Hawk,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Telephonic Appearance at Planning/Scheduling Conference** [Docket No. 9; Filed October 31, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on November 7, 2011 at 9:30 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

Dated:  November 1, 2011