IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01680-RBJ-KLM

JANA M. FISHER,

    Plaintiff,

v.

BLACK HAWK/JACOBS ENTERTAINMENT d/b/a THE LODGE CASINO,

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **five-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 20, 2012 at 9:00 a.m.**

A Trial Preparation Conference is set for **July 27, 2012 at 2:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 7th day of November, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge